UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO: 5:19-CV-00159-MOC

| | |
|---|---|
| **HEATHER LEANN ROYAL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Commissioner's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). See Doc. No. 13. Having considered the unopposed motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Commissioner's Consent Motion for Reversal and Remand, Doc. No. 13, is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the Commissioner's decision and **REMANDS** this case for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Signed: June 3, 2020

Max O. Cogburn Jr.
United States District Judge