UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:19-cv-159-MOC-WCM

| | |
|---|---|
| HEATHER LEANN ROYAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on Plaintiff's Motion for Attorney Fees Under § 406(b) of the Social Security Act. (Doc. No. 18). Defendant submitted a response neither opposing nor supporting Plaintiff's Motion. (Doc. No. 19).

Upon consideration of Plaintiff's petition and Defendant's response, it is hereby **ORDERED** that **AMELIA N. PATTON, Esq.**, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $6,465.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Counsel may retain the $3,400.00 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $3065.00 due to counsel.

**SO ORDERED.**

Max O. Cogburn Jr
United States District Judge